JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDI EXPRESS, INC., | ) | CASE NO. CV13-6145 GAF (PLAx) |
| Plaintiff(s), | ) ) | ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF SETTLEMENT |
| v. | ) ) | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | ) ) ) ) | |
| Defendant(s) | ) | |
| _____ | ) | |

    The Court having granted plaintiff's Stipulation for Settlement,

    IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

    IT IS FURTHER ORDERED that counsel for plaintiff file a semi-annual status report commencing on December 1, 2014.

    This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

    IT IS SO ORDERED.

DATED: July 31, 2014

_____
GARY ALLEN FEESS
United States District Judge